1  Thomas P. Mazzucco (tmazzucco@mpbf.com) – CA Bar No. 139758
   Aaron K. McClellan (amcclellan@mpbf.com) – CA Bar No. 197185
2  Bryan L. P. Saalfeld (bsaalfeld@mpbf.com) – CA Bar No. 243331
   Nicholas C. Larson (nlarson@mpbf.com) – CA Bar No. 275870
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6

   Geoffrey Potter (gpotter@pbwt.com) – (to be admitted *pro hac vice*)
7  Christos G. Yatrakis (cyatrakis@pbwt.com) – (to be admitted *pro hac vice*)
   Jonah M. Knobler (jknobler@pbwt.com) – (to be admitted *pro hac vice*)
8  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
9  New York, NY 10036
   Telephone:   (212) 336-2000
10 Fax:         (212) 336-2222

11 Attorneys for Plaintiffs
   Innovation Ventures, LLC and Living Essentials, LLC
12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA

15 | INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC, | C 12 5523
16 |                                                      | Case No. _____
17 |          Plaintiffs,                                 |
18 |     -against-                                        |
19 | PITTSBURG WHOLESALE GROCERS, INC., d/b/a             | [PROPOSED] EXPEDITED
20 | PITCO FOODS; PACIFIC GROSERVICE, INC. d/b/a          | DISCOVERY ORDER
   | PITCO FOODS; ARISTOTLE PERICLES NAVAB;               |
21 | DAVID LUTTWAY; SANTA MONICA                          | FILED UNDER SEAL
   | DISTRIBUTING, INC.; MANOUCHEHR HEIKALI,              | PURSUANT TO 15 U.S.C.
22 | a.k.a. DAVID HEIKALI; AZIZ HEIKALI, a.k.a. ED        | § 1116
   | HEIKALI; ELITE WHOLESALE, INC.; TONIC                |
23 | WHOLESALE, INC. d/b/a ACE WHOLESALE;                  |
24 | KOAMEX GENERAL WHOLESALE, INC.; YOUNG                |
   | H. KIM, a.k.a. YONG HWAM KIM; DAPAN USA              |
25 | CORP. d/b/a FRONTIER WHOLESALE; SUNG                 |
   | KEUN LEE; DAN-DEE COMPANY, INC.; FADI                |
26 | ATTIQ; KEVIN ATTIQ; and JOHN DOES 1-10,              |
27 |          Defendants.                                 |
28

[PROPOSED] EXPEDITED
DISCOVERY ORDER                    -1-

5682906v.6

COPIES MAILED TO SUBMITTING COUNSEL
GIVEN

PLEASE TAKE NOTICE that upon the Complaint of Innovation Ventures, LLC and Living Essentials, LLC (together, "Plaintiffs"), the declarations and the exhibits annexed hereto, and the memorandum of law submitted in support of this Order, it is hereby:

ORDERED that Plaintiffs may immediately serve discovery requests on each Defendant and subpoenas on any non-party believed to have information relevant to this action; and it is further

ORDERED that (a) the Defendants to this action and any non-party served with a subpoena in this action shall respond to requests to produce documents within three calendar days after service of such requests by production of responsive documents; and (b) the Defendants to this action shall respond to interrogatories within three calendar days after service of such interrogatories; and (c) the Plaintiffs may take the deposition of any Defendant or a non-party witness, upon notice in writing to every other party of at least three calendar days; and it is further

ORDERED, that expedited discovery shall apply to the Defendants existing as of the date of this Order, and to all future Defendants to this action; and it is further

ORDERED, that all discovery of Defendants shall proceed on an expedited basis without the need to comply with the time limits provided by the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] EXPEDITED DISCOVERY ORDER

- 2 -