1   Thomas P. Mazzucco - 139758
    Aaron K. McClellan – 197185
2   Bryan L. P. Saalfeld - 243331
    Nicholas C. Larson - 275870
3   MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
4   San Francisco, CA  94108-5530
    Tel:    (415) 788-1900
5   Fax:    (415) 393-8087
    E-Mail      tmazzucco@mpbf.com
6               amcclellan@mpbf.com
                bsaalfeld@mpbf.com
7               nlarson@mpbf.com

8   Geoffrey Potter (admitted *pro hac vice*)
    Christos G. Yatrakis (admitted *pro hac vice*)
9   PATTERSON BELKNAP WEBB & TYLER LLP
10  1133 Avenue of the Americas
    New York, NY 10036
11  Telephone:   (212) 336-2000
    Fax:         (212) 336-2222
12  E-Mail       gpotter@pbwt.com
                 cyatrakis@pbwt.com
13

14  Attorneys for Plaintiffs
    INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC

15              UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA

17
    INNOVATION VENTURES, LLC and LIVING
18  ESSENTIALS, LLC,                                12 Civ. 5523 (WHA)

19                          Plaintiffs,
                                                    **STIPULATION OF DISMISSAL OF**
20              -against-                           **DEFENDANTS KOAMEX  GENERAL**
                                                    **WHOLESALE AND YOUNG H. KIM**
21  PITTSBURG WHOLESALE GROCERS, INC.,              **AND [PROPOSED] ORDER**
22  d/b/a PITCO FOODS, et al.,
                                                    FILED UNDER SEAL
23                          Defendants.

24
25
26
27
28

RECEIVED

NOV - 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

NOV X 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5699832v.2              STIPULATION OF DISMISSAL          12-civ-5523

1     IT IS HEREBY STIPULATED by and between Plaintiffs Innovation Ventures, LLC, and

2 Living Essentials, LLC and Defendants Koamex General Wholesale, Inc. and Young H. Kim a.k.a.

3 Yong Hwam Kim (collectively, the "Koamex Defendants") by and through their counsel, that the

4 Koamex Defendants are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41 and that

5 each party will bear its own costs.  Plaintiffs and their surety, American Contractors Indemnity

6 Company, are released from any and all liability under the bonds filed in this case (including Bond

7 Nos. 1000772114 and 1000772115).

8

9

10 CONSENTED AND AGREED TO BY:

11     Dated:  November 7, 2012     MURPHY, PEARSON, BRADLEY & FEENEY

12

13 By _____
Aaron K. McClellan

14 Thomas P. Mazzucco
Attorney for Plaintiffs

15 Innovation Ventures, LLC, and Living Essentials, LLC

16     Dated:  November 6, 2012     PATTERSON BELKNAP WEBB & TYLER LLP

17

18 By _____
Geoffrey Potter

19 Christos Yatrakis
Attorneys for Plaintiffs

20 Innovation Ventures, LLC, and Living Essentials, LLC

21

22     Dated:  November 6, 2012     LTL TRIAL ATTORNEYS

23

24 By _____
Kevin Bringuel

25 Attorney for Defendants
Koamex General Wholesale, Inc. and Yong H. Kim

26

27

28

- 2 -

1
2
3   UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for
4   Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC, and defendants Koamex General
5   Wholesale, Inc. and Young H. Kim a.k.a. Yong Hwam Kim, it hereby is ORDERED that the Koamex
6   Defendants are hereby dismissed without prejudice.
7
8                                          SO ORDERED:
9
10                                         _____
11                                         UNITED STATES DISTRICT JUDGE
12
13  NCL.20499810.doc
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5699832v.2                    STIPULATION OF DISMISSAL          12-civ-5523

CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On November 7, 2012, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER**

|  |  |
|---|---|
|  | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|  | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| X | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |

| | |
|---|---|
| Manoucherhr Heikali<br>Santa Monica Distributing, Inc.<br>aka David Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Manoucherhr Heikali<br>IN PRO PER |
| Aziz Heikali<br>Santa Monica Distributing, Inc.<br>aka Ed Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Aziz Heikali aka Ed Heikali<br>IN PRO PER |

|  |  |
|---|---|
| X | **VIA E-MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail, I attached the above-described document(s) to an e-mail message, and invoked the send command to transmit the e-mail message to the person(s) at the following e-mail address(es). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | |
|---|---|
| Jennifer Lee Taylor<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>E-Mail: jtaylor@mofo.com<br>wgarbers@mofo.com<br>mpoe@mofo.com | Attorney For Defendants<br>PITTSBURG WHOLESALE GROCERS, INC.,<br>D/B/A PITCO FOODS; PACIFIC<br>GROSERVICE, INC. D/B/A PITCO FOODS;<br>ARISTOTLE PERICLES NAVAB; DAVID<br>LUTTWAY |

- 1 -

1

2  Thomas Suh                                    Attorney For Defendants
   LTL Trial Attorneys                           KOAMEX GENERAL WHOLESALE, INC.,
3  1835 West Orangewood Avenue, Suite 330        YOUNG H. KIM A.K.A. YONG HWAM KIM
   Orange, CA 92868
   E-Mail:  ts@ltlattorneys.com
4

5  Randolph Gaw                                  Attorney For Defendant
   The Gaw Group                                 ELITE WHOLESALE INC.
   100 Pine Street, Suite 1250
6  San Francisco, CA 94111
   E-Mail:  rgaw@thegawgroup.com
7

8  Randolph Gaw                                  Attorney For Defendant
   The Gaw Group                                 TONIC WHOLESALE, INC., D/B/A ACE
   100 Pine Street, Suite 1250                   WHOLESALE
9  San Francisco, CA 94111
   E-Mail:  rgaw@thegawgroup.com
10

11 Randolph Gaw                                  Attorney For Defendant
   The Gaw Group                                 DAPAN USA CORP. D/B/A FRONTIER
   100 Pine Street, Suite 1250                   WHOLESALE; SUNG KEUN LEE
12 San Francisco, CA 94111
   E-Mail:  rgaw@thegawgroup.com
13

14 Steven A. Elia                                Attorney For Defendants
   The Law Offices of Steven A. Elia, APC        DAN-DEE COMPANY, INC.; FADI ATTIQ;
15 2221 Camino Del Rio South, Suite 207          KEVIN ATTIQ
   San Diego, CA 92108
   Tel:  (619) 444-2244
16 E-Mail:  steve@elialaw.com

17

18 Randolph Gaw                                  Attorney For Defendant
   The Gaw Group                                 SUNG KEUN LEE
   100 Pine Street, Suite 1250
19 San Francisco, CA 94111
   Tel:  (415) 745-3308
20 E-Mail:  rgaw@thegawgroup.com

21 William Markham                               Attorney For Defendants
   Maldonado & Markham, LLP                      DAN-DEE COMPANY, INC.; FADI ATTIQ;
22 550 West C Street, Suite 2040                 KEVIN ATTIQ
   San Diego, CA 92101
23 wm@maldonadomarkham.com

24

25        I declare under penalty of perjury under the laws of the State of California that the foregoing is

26 a true and correct statement and that this Certificate was executed on November 7, 2012.

27

28                                      By _____
                                            Tanya L. Hill

                                        - 2 -