Thomas P. Mazzucco - 139758
Aaron K. McClellan – 197185
Bryan L. P. Saalfeld - 243331
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087
E-Mail    tmazzucco@mpbf.com
              amcclellan@mpbf.com
              bsaalfeld@mpbf.com
              nlarson@mpbf.com

Geoffrey Potter (admitted *pro hac vice*)
Christos G. Yatrakis (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
E-Mail    gpotter@pbwt.com
            cyatrakis@pbwt.com

Attorneys for Plaintiffs
INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC

RECEIVED
NOV - 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV X 9 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC.<br><br>Plaintiffs,<br><br>-against-<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, et al.,<br><br>Defendants. | 12 Civ. 5523 (WHA)<br><br>**STIPULATION AND ORDER**<br><br>FILED UNDER SEAL |

UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC, (together, "Plaintiffs"), and defendants Santa Monica Distributing, Inc., Manoucherhr Heikali a.k.a. David Heikali, and Aziz Heikali a.ka. Ed Heikali (collectively, the "Santa Monica Defendants"), it hereby is ORDERED as follows:

-1-

1. The Santa Monica Defendants acknowledge having been served with the following documents and waive any defenses as to personal or subject matter jurisdiction with respect to these documents: Summons and Complaint; Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, including the supporting Declarations and Memorandum of Law; and Seizure Order.

2. For purposes of this stipulation, the "5 HOUR ENERGY Marks" are:

- "5 HOUR ENERGY" (Registration No. 3,003,0770);

- "5-HOUR ENERGY" (Registration No. 4,004,225);

- **5-hour ENERGY** (Registration No. 4,104,670);

-  which includes the wording "5-hour ENERGY" in black outlined in yellow, below which are the words "EXTRA STRENGTH" in yellow, along with a person in black silhouette, outlined in yellow, shown in an athletic pose adjacent to an uneven landscape, with the sky depicted in transitioning colors from black to red as the sky meets the landscape (Registration No. 4,116,951);

- ., commonly referred to as "Running Man," (Registration No. 3,698,044); and

• [logo] which includes the wording "5-hour ENERGY" in black outlined in yellow, along with a person in black silhouette, outlined in yellow, shown in an athletic pose adjacent to an uneven landscape, with the sky depicted in transitioning colors from red to yellow as the sky meets the landscape (Registration No. 4,120,360).

3. The Santa Monica Defendants and their agents, servants, employees, and all other persons in active concert and participation with them, pending the final hearing and determination of this action are preliminarily enjoined from:

(a) using any of the 5 HOUR ENERGY Marks (or any marks confusingly similar thereto) on any counterfeit product in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of dietary supplements;

(b) using any logo, trade name or trademark confusingly similar to any of the 5 HOUR ENERGY Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of the Santa Monica Defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

(c) infringing any of the 5 HOUR ENERGY Marks;

(d) otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of dietary supplements;

(e) falsely representing themselves as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade, retailers and/or members of the purchasing public to believe that they or the other defendants are associated with Plaintiffs;

-3-

(f) using any reproduction, counterfeit, copy, or colorable imitation of any of the 5 HOUR ENERGY Marks in connection with the publicity, promotion, sale, or advertising of dietary supplements;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being 5-Hour ENERGY® and from offering such goods in commerce;

(h) diluting any of the 5 HOUR ENERGY Marks;

(i) buying, selling, transferring (other than to Plaintiffs or law enforcement officials), altering, or destroying any counterfeit products with the 5 HOUR ENERGY Marks;

(j) destroying any records documenting the manufacture, sale, offer for sale, distribution, advertisement or receipt of any product purporting to be 5 HOUR ENERGY®; and

(k) assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (j) above.

4. Plaintiffs and the Santa Monica Defendants stipulate that, as among them, there are no issues to address at the hearing scheduled for November 7, 2012, with respect to the Seizure Order and Order to Show Cause. The Santa Monica Defendants waive any and all rights they might have to a hearing to contest the seizure executed at 3180 Olympic Boulevard, Santa Monica, California 90404 on November 1, 2012 or to a hearing to challenge the issuance of a preliminary injunction.

5. Plaintiffs and their surety, American Contractors Indemnity Company, are released from any and all liability under the bonds filed in this case (including Bond Nos. 1000772114 and 1000772115) and the seizure executed against the Santa Monica Defendants at 3180 Olympic Boulevard, Santa Monica, California 90404 is hereby confirmed.

5693131v.1

6. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: 11/7, 2012

CONSENTED AND AGREED TO BY:

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Geoffrey Potter
gpotter@pbwt.com
Christos Yatrakis
cyatrakis@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
Attorneys for Plaintiffs

THE SANTA MONICA DEFENDANTS

_____
For: Santa Monica Distributing, Inc.
3180 Olympic Boulevard
Santa Mohica, California 90404
(310) 453-9197

_____
Manoucherhr Heikali a.k.a. David Heikali
dhiekali@aol.com

_____
Aziz Heikali a.ka. Ed Heikali
azizsmdc@aol.com

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

-5-

Stipulation and Order

5693131v.1

## CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On November 7, 2012, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER**

|   |   |
|---|---|
|   | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| X | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |

| | |
|---|---|
| Manoucherhr Heikali<br>Santa Monica Distributing, Inc.<br>aka David Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Manoucherhr Heikali<br>IN PRO PER |
| Aziz Heikali<br>Santa Monica Distributing, Inc.<br>aka Ed Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Aziz Heikali aka Ed Heikali<br>IN PRO PER |

|   |   |
|---|---|
| X | **VIA E-MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail, I attached the above-described document(s) to an e-mail message, and invoked the send command to transmit the e-mail message to the person(s) at the following e-mail address(es). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | |
|---|---|
| Jennifer Lee Taylor<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>E-Mail: jtaylor@mofo.com<br>wgarbers@mofo.com<br>mpoe@mofo.com | Attorney For Defendants<br>PITTSBURG WHOLESALE GROCERS, INC.,<br>D/B/A PITCO FOODS; PACIFIC<br>GROSERVICE, INC. D/B/A PITCO FOODS;<br>ARISTOTLE PERICLES NAVAB; DAVID<br>LUTTWAY |

| | |
|---|---|
| Thomas Suh<br>LTL Trial Attorneys<br>1835 West Orangewood Avenue, Suite 330<br>Orange, CA 92868<br>E-Mail: ts@ltlattorneys.com | Attorney For Defendants<br>KOAMEX GENERAL WHOLESALE, INC.,<br>YOUNG H. KIM A.K.A. YONG HWAM KIM |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>ELITE WHOLESALE INC. |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>TONIC WHOLESALE, INC., D/B/A ACE WHOLESALE |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>DAPAN USA CORP. D/B/A FRONTIER WHOLESALE; SUNG KEUN LEE |
| Steven A. Elia<br>The Law Offices of Steven A. Elia, APC<br>2221 Camino Del Rio South, Suite 207<br>San Diego, CA 92108<br>Tel: (619) 444-2244<br>E-Mail: steve@elialaw.com | Attorney For Defendants<br>DAN-DEE COMPANY, INC.; FADI ATTIQ; KEVIN ATTIQ |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Tel: (415) 745-3308<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>SUNG KEUN LEE |
| William Markham<br>Maldonado & Markham, LLP<br>550 West C Street, Suite 2040<br>San Diego, CA 92101<br>wm@maldonadomarkham.com | Attorney For Defendants<br>DAN-DEE COMPANY, INC.; FADI ATTIQ; KEVIN ATTIQ |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 7, 2012.

By /s/ Tanya L. Hill