1  Thomas P. Mazzucco - 139758
   Aaron K. McClellan – 197185
2  Bryan L. P. Saalfeld - 243331
   Nicholas C. Larson - 275870
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
5  Fax:    (415) 393-8087
   E-Mail       tmazzucco@mpbf.com
6                amcclellan@mpbf.com
                 bsaalfeld@mpbf.com
7                nlarson@mpbf.com

8  Geoffrey Potter (admitted *pro hac vice*)
   Christos G. Yatrakis (admitted *pro hac vice*)
9  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
10 New York, NY 10036
   Telephone:    (212) 336-2000
11 Fax:          (212) 336-2222
   E-Mail        gpotter@pbwt.com
12               cyatrakis@pbwt.com

13  Attorneys for Plaintiffs
    INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC

14

15                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

16

17  INNOVATION VENTURES, LLC and LIVING
    ESSENTIALS, LLC,                                    12 Civ. 5523 (WHA)

18                              Plaintiffs,
                                                        **STIPULATION AND ORDER**
19            -against-
                                                        FILED UNDER SEAL
20  PITTSBURG WHOLESALE GROCERS, INC.,
    d/b/a PITCO FOODS, et al.,

21
                                Defendants.
22

23          UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel

24  for Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC, (together, "Plaintiffs"), and

25  defendant Tonic Wholesale, Inc. (d/b/a Ace Wholesale) ("Ace Wholesale"), it hereby is ORDERED

26  as follows:

27

28
                                            -1-

1.    Ace Wholesale acknowledges having been served with the following documents and waives any defenses as to personal or subject matter jurisdiction with respect to these documents: Summons and Complaint; Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, including the supporting Declarations and Memorandum of Law; and Seizure Order.

2.    For purposes of this stipulation, the "5 HOUR ENERGY Marks" are:

- "5 HOUR ENERGY" (Registration No. 3,003,0770);

- "5-HOUR ENERGY" (Registration No. 4,004,225);

- (Registration No. 4,104,670);

- which includes the wording "5-hour ENERGY" in black outlined in yellow, below which are the words "EXTRA STRENGTH" in yellow, along with a person in black silhouette, outlined in yellow, shown in an athletic pose adjacent to an uneven landscape, with the sky depicted in transitioning colors from black to red as the sky meets the landscape (Registration No. 4,116,951);

- , commonly referred to as "Running Man," (Registration No. 3,698,044); and

-2-

Stipulation and Order

5693049v.1

- which includes the wording "5-hour ENERGY" in black outlined in yellow, along with a person in black silhouette, outlined in yellow, shown in an athletic pose adjacent to an uneven landscape, with the sky depicted in transitioning colors from red to yellow as the sky meets the landscape (Registration No. 4.120,360).

3.    Ace Wholesale and its agents, servants, employees, and all other persons in active concert and participation with them, pending the final hearing and determination of this action are preliminarily enjoined from:

(a)    using any of the 5 HOUR ENERGY Marks (or any marks confusingly similar thereto) on any counterfeit product in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of dietary supplements;

(b)    using any logo, trade name or trademark confusingly similar to any of the 5 HOUR ENERGY Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Ace Wholesale or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

(c)    infringing any of the 5 HOUR ENERGY Marks;

(d)    otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of dietary supplements;

(e)    falsely representing themselves as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade, retailers and/or members of the purchasing public to believe that they or the other defendants are associated with Plaintiffs;

-3-

5693049v.1

(f)     using any reproduction, counterfeit, copy, or colorable imitation of any of the 5 HOUR ENERGY Marks in connection with the publicity, promotion, sale, or advertising of dietary supplements;

(g)     affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being 5-Hour ENERGY® and from offering such goods in commerce;

(h)     diluting any of the 5 HOUR ENERGY Marks;

(i)     buying, selling, transferring (other than to Plaintiffs or law enforcement officials), altering, or destroying any counterfeit products with the 5 HOUR ENERGY Marks;

(j)     destroying any records documenting the manufacture, sale, offer for sale, distribution, advertisement or receipt of any product purporting to be 5 HOUR ENERGY®; and

(k)     assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (j) above.

4.     Plaintiffs and Ace Wholesale stipulate that, as among them, there are no issues to address at the hearing scheduled for November 7, 2012, with respect to the Seizure Order and Order to Show Cause.  Ace Wholesale waives any and all rights they might have to a hearing to contest the seizure executed at 1675 South Alameda Street, Los Angeles, California 90021 on October 30, 2012 or to a hearing to challenge the issuance of a preliminary injunction.

5.     Plaintiffs and their surety, American Contractors Indemnity Company, are released from any and all liability under the bonds filed in this case (including Bond Nos. 1000772114 and 1000772115) and the seizure executed against Ace Wholesale at 1675 South Alameda Street, Los Angeles, California 90021 is hereby confirmed.

-4-

6.      Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: ___11-7___, 2012

**CONSENTED AND AGREED TO BY:**

For Tonic Wholesale, Inc. (d/b/a Ace Wholesale)

PATTERSON BELKNAP WEBB & TYLER LLP

THE GAW GROUP

By:

Geoffrey Potter
gpotter@pbwt.com
Christos Yatrakis
cyatrakis@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Attorneys for Plaintiffs

By:

Randolph Gaw
rgaw@thegawgroup.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 745-3308

Attorneys for Tonic Wholesale, Inc. (d/b/a Ace Wholesale)

SO ORDERED:

UNITED STATES DISTRICT JUDGE

-5-

5693049v.1

CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On November 7, 2012, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER**

| | |
|---|---|
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| X | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |

| | |
|---|---|
| Manoucherhr Heikali<br>Santa Monica Distributing, Inc.<br>aka David Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Manoucherhr Heikali<br>IN PRO PER |
| Aziz Heikali<br>Santa Monica Distributing, Inc.<br>aka Ed Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Aziz Heikali aka Ed Heikali<br>IN PRO PER |

| | |
|---|---|
| X | **VIA E-MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail, I attached the above-described document(s) to an e-mail message, and invoked the send command to transmit the e-mail message to the person(s) at the following e-mail address(es). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | |
|---|---|
| Jennifer Lee Taylor<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>E-Mail: jtaylor@mofo.com<br>wgarbers@mofo.com<br>mpoe@mofo.com | Attorney For Defendants<br>PITTSBURG WHOLESALE GROCERS, INC.,<br>D/B/A PITCO FOODS; PACIFIC<br>GROSERVICE, INC. D/B/A PITCO FOODS;<br>ARISTOTLE PERICLES NAVAB; DAVID<br>LUTTWAY |

- 1 -

1

2 Thomas Suh         Attorney For Defendants
 LTL Trial Attorneys       KOAMEX GENERAL WHOLESALE, INC.,
3 1835 West Orangewood Avenue, Suite 330 YOUNG H. KIM A.K.A. YONG HWAM KIM
 Orange, CA 92868
4 E-Mail: ts@ltlattorneys.com

5 Randolph Gaw         Attorney For Defendant
 The Gaw Group        ELITE WHOLESALE INC.
 100 Pine Street, Suite 1250
6 San Francisco, CA 94111
 E-Mail: rgaw@thegawgroup.com
7

8 Randolph Gaw         Attorney For Defendant
 The Gaw Group        TONIC WHOLESALE, INC., D/B/A ACE
 100 Pine Street, Suite 1250     WHOLESALE
9 San Francisco, CA 94111
 E-Mail: rgaw@thegawgroup.com
10

11 Randolph Gaw        Attorney For Defendant
 The Gaw Group        DAPAN USA CORP. D/B/A FRONTIER
 100 Pine Street, Suite 1250     WHOLESALE; SUNG KEUN LEE
12 San Francisco, CA 94111
 E-Mail: rgaw@thegawgroup.com
13

14 Steven A. Elia         Attorney For Defendants
 The Law Offices of Steven A. Elia, APC  DAN-DEE COMPANY, INC.; FADI ATTIQ;
 2221 Camino Del Rio South, Suite 207  KEVIN ATTIQ
15 San Diego, CA 92108
 Tel: (619) 444-2244
16 E-Mail: steve@elialaw.com

17

18 Randolph Gaw        Attorney For Defendant
 The Gaw Group        SUNG KEUN LEE
 100 Pine Street, Suite 1250
19 San Francisco, CA 94111
 Tel: (415) 745-3308
20 E-Mail: rgaw@thegawgroup.com

21 William Markham       Attorney For Defendants
 Maldonado & Markham, LLP    DAN-DEE COMPANY, INC.; FADI ATTIQ;
22 550 West C Street, Suite 2040    KEVIN ATTIQ
 San Diego, CA 92101
23 wm@maldonadomarkham.com

24

25   I declare under penalty of perjury under the laws of the State of California that the foregoing is

26 a true and correct statement and that this Certificate was executed on November 7, 2012.

27
        By _____
28          Tanya L. Hill