IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>    Defendants. | No. C 12-05523 WHA<br><br>**ORDER REGARDING TRANSCRIPTS** |

Hearing transcripts prior to November 7 remain under seal. However, the sealing order is modified such that these prior transcripts are subject to an attorney-eyes-only protective order. The court reporter shall mark the transcripts accordingly, and may distribute them to the parties' counsel upon request.

**IT IS SO ORDERED.**

Dated: November 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE