IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC, <br><br>           Plaintiffs, <br><br>   v. <br><br> PITTSBURG WHOLESALE GROCERS, INC., et al., <br><br>           Defendants. | No. C 12-05523 WHA <br><br> **ORDER UNSEALING ACTION** |

The Clerk is hereby **ORDERED** to unseal all filings in this action from November 7 onward no later than **NOVEMBER 30**.

With respect to filings before November 7, the Court is tentatively of the opinion that these filings should also be unsealed (though they were initially properly sealed). Plaintiffs are **ORDERED TO SHOW CAUSE** by **NOVEMBER 28 AT NOON** why all filings in this action should not be unsealed. All other parties may respond by **DECEMBER 3 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 21, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE