IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>Defendants. | No. C 12-05523 WHA<br><br>**ORDER UNSEALING ACTION** |

A November 21 order directed plaintiffs to show cause by November 28 at noon why all filings still under seal in this action should not be unsealed. Plaintiffs have failed to respond.

Accordingly, the Clerk is hereby **ORDERED** to unseal all filings in this action no later than **DECEMBER 6**.

**IT IS SO ORDERED.**

Dated: November 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE