Thomas P. Mazzucco - 139758
Aaron K. McClellan – 197185
Bryan L. P. Saalfeld - 243331
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:     (415) 788-1900
Fax:    (415) 393-8087
E-Mail         tmazzucco@mpbf.com
               amcclellan@mpbf.com
               bsaalfeld@mpbf.com
               nlarson@mpbf.com

Geoffrey Potter (admitted *pro hac vice*)
Christos G. Yatrakis (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 336-2000
Fax:           (212) 336-2222
E-Mail         gpotter@pbwt.com
               cyatrakis@pbwt.com

Attorneys for Plaintiffs
INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, et al.,<br><br>     Defendants. | Case No.: C-12-5523-WHA<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC ("Plaintiffs") and defendants Pittsburg Wholesale Grocers, Inc., Pacific Groservice Inc., Elite Wholesale, Inc., Tonic Wholesale, Inc., Dapan USA Corp., Sung Keun Lee, Dan-Dee Company, Inc., Kevin Attiq, Fadi Attiq, Santa Monica Distributing, Inc., Manouchehr Heikali aka David Heikali, Aziz Heikali aka Ed Heikali, Rahib, Goldberg & Associates, Inc., dba Courtesy Wholesalers, United Custom Distributors, LLC, Steven Milakofsky, and Jacumba Shell ("Defendants"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, Plaintiffs filed and served their First Amended Complaint on November 13, 2012; and

WHEREAS, none of the Defendants have yet answered or otherwise responded to Plaintiffs' First Amended Complaint;

WHEREAS, Plaintiffs intend to file a Second Amended Complaint, in order to add new parties to the instant action.

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that pursuant to F.R.C.P. 15(a)(2) and Local Civil Rule 6-1, Plaintiffs may file their Second Amended Complaint, attached hereto as Exhibit "A". Defendants shall have 45 days from the date of service to respond to Plaintiffs' Second Amended Complaint. Plaintiffs and Defendants, through their respective counsel of record, have agreed to this filing.

CONSENTED AND AGREED TO BY:

Dated: December 5, 2012                MURPHY, PEARSON, BRADLEY & FEENEY

/S/
Aaron K. McClellan
Thomas P. Mazzucco
Attorney for Plaintiffs
Innovation Ventures, LLC,
and Living Essentials, LLC

| | | |
|---|---|---|
| 1 | Dated: December 5, 2012 | PATTERSON BELKNAP WEBB & TYLER LLP |
| 2 | | |
| 3 | | /S/_____ |
| | | Geoffrey Potter |
| 4 | | Christos Yatrakis |
| | | Attorneys for Plaintiffs |
| 5 | | Innovation Ventures, LLC, and Living Essentials, LLC |
| 6 | Dated: December 5, 2012 | MORRISON & FOERSTER LLP |
| 7 | | |
| 8 | | /S/_____ |
| | | Jennifer Lee Taylor |
| 9 | | Attorneys for Defendants Pittsburg Wholesale |
| 10 | | Grocers, Inc. d/b/a Pitco Foods, Pacific Groservice Inc. d/b/a Pitco Foods |
| 11 | Dated: December 5, 2012 | THE GAW GROUP |
| 12 | | |
| 13 | | /S/_____ |
| 14 | | Randolph Gaw |
| | | Attorneys for Defendants Elite Wholesale, Inc., |
| 15 | | Tonic Wholesale, Inc. d/b/a Ace Wholesale, Dapan USA Corp. d/b/a Frontier Wholesale and Sung |
| 16 | | Keun Lee |
| 17 | Dated: December 5, 2012 | MALDONADO & MARKHAM, LLP |
| 18 | | |
| 19 | | /S/_____ |
| 20 | | William Markham |
| | | Attorneys for Defendant Dan-Dee Company, Inc. |
| 21 | | |
| 22 | Dated: December 5, 2012 | LAW OFFICE OF STEVEN A. ELIA |
| 23 | | |
| 24 | | /S/_____ |
| | | Steven A. Elia |
| 25 | | Attorneys for Defendants Kevin Attiq and Fadi Attiq |

Stipulation To File Second Amended Complaint

| | | |
|---|---|---|
| 1 | Dated: December 5, 2012 | LECLAIR RYAN |
| 2 | | |
| 3 | | /S/ |
| | | Thomas M. O'Leary |
| 4 | | Attorneys for Defendants Santa Monica Distributing, Inc.; Manouchehr Heikala aka David Heikali; and Aziz Heikali aka Ed Heikali |
| 5 | | |
| 6 | Dated: December 5, 2012 | TATUM HILMOE, PC |
| 7 | | |
| 8 | | /S/ |
| | | Tatum Hilmoe |
| 9 | | Attorneys for Defendants Rahib, Goldberg & Associates, Inc., dba Courtesy Wholesalers |
| 10 | | |
| 11 | Dated: December 5, 2012 | ALPER & MCCULLOCH |
| 12 | | |
| 13 | | /S/ |
| | | Dean A. Alper |
| 14 | | Attorneys for Defendants United Custom Distributors, LLC |
| 15 | | |
| 16 | Dated: December 5, 2012 | |
| 17 | | /S/ |
| | | Reagan Shallal |
| 18 | | for Defendants Jacumba Shell |
| 19 | Dated: December 5, 2012 | |
| 20 | | |
| 21 | | /S/ |
| | | Steven Milakofsky |

23 ///
24 ///
25 ///
26 ///
27 ///
28

- 4 -

Stipulation To File Second Amended Complaint

1  CERTIFICATE OF SERVICE

2  I, Tanya L. Hill, declare:

3  I am a citizen of the United States, am over the age of eighteen years, and am not a party to or
4  interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San
5  Francisco, California 94108-5530.

6  On December 5, 2012, I served the following document(s) on the parties in the within action
7  with the Court's ECF system, which in turn, served as true and accurate copy on the following listed
8  counsel as follows:

**STIPULATION TO FILE SECOND AMENDED COMPLAINT**

| | |
|---|---|
| Jennifer Lee Taylor<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 | Attorney For Defendants<br>PITTSBURG WHOLESALE GROCERS, INC.,<br>D/B/A PITCO FOODS; PACIFIC<br>GROSERVICE, INC. D/B/A PITCO FOODS;<br>ARISTOTLE PERICLES NAVAB; DAVID<br>LUTTWAY |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 | Attorney For Defendant<br>ELITE WHOLESALE INC. |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 | Attorney For Defendant<br>TONIC WHOLESALE, INC., D/B/A ACE<br>WHOLESALE |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 | Attorney For Defendant<br>DAPAN USA CORP. D/B/A FRONTIER<br>WHOLESALE; SUNG KEUN LEE |
| Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Tel: (415) 745-3308 | Attorney For Defendant<br>SUNG KEUN LEE |
| William Markham<br>Maldonado & Markham, LLP<br>550 West C Street, Suite 2040<br>San Diego, CA 92101 | Attorney For Defendants<br>DAN-DEE COMPANY, INC.; FADI ATTIQ;<br>KEVIN ATTIQ |

| | | |
|---|---|---|
| 1 | Steven A. Elia | Attorney For Defendants |
| 2 | The Law Offices of Steven A. Elia, APC<br>2221 Camino Del Rio South, Suite 207 | DAN-DEE COMPANY, INC.; FADI ATTIQ;<br>KEVIN ATTIQ |
| 3 | San Diego, CA 92108<br>Tel: (619) 444-2244 | |
| 5 | Joshua Kaplan<br>Alan Novodor | Attorney For Defendants<br>SANTA MONICA DISTRIBUTING, INC.; |
| 6 | Law Offices of Joshua Kaplan<br>11835 West Olympic Blvd., Suite 1125E | MANOUCHEHR HEIKALA aka DAVID<br>HEIKALI; and AZIZ HEIKALI aka ED |
| 7 | Los Angeles, CA 90064 | HEIKALI |
| 8 | Thomas M. O'Leary | Attorney For Defendants |
| 9 | Leclair Ryan<br>888 S. Figueroa Street, Suite 1800 | SANTA MONICA DISTRIBUTING, INC.;<br>MANOUCHEHR HEIKALA aka DAVID |
| 10 | Los Angeles, CA 90017 | HEIKALI; and AZIZ HEIKALI aka ED<br>HEIKALI |

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |

| | | |
|---|---|---|
| 14 | Steven Milakofsky | Defendant IN PRO PER |
| 15 | 1509 Wynnemoor Way<br>Fort Washington, PA 19034 | STEVEN MILAKOFSKY |
| 17 | Dean A. Alper<br>Alper & McCulloch | Attorney For Defendant<br>UNITED CUSTOM DISTRIBUTORS, LLC |
| 18 | 100 Drakes Landing Road, Suite 160<br>Greenbrae, CA 94904 | |
| 20 | Reagan Shallal<br>1516 Granite Hills Drive | For Defendant<br>JACUMBA SHELL |
| 21 | El Cajon, CA 92019-5300 | |
| 22 | Tatum Hilmoe | Attorney For Defendant |
| 23 | Tatum Hilmoe, APC<br>515 S. Flower Street, 36th Floor | RAHIB, GOLDBERG & ASSOCIATES |
| 24 | Los Angeles, CA 90071 | |

Stipulation To File Second Amended Complaint

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 5, 2012.

By _____
Tanya L. Hill

Stipulation To File Second Amended Complaint