AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

INNOVATION VENTURES, LLC:
LIVING ESSENTIALS, LLC,
        Plaintiff(s),

V.

PITTSBURG WHOLESALE GROCERS,
INC., d.b.a. PITICO FOODS, et al.
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-12-5523-WHA

Notice is hereby given that, subject to approval by the court, __Aziz Heikali aka Ed Heikali__ substitutes
                                                                                                (Party (s) Name)

__Thomas M. O'Leary, Esq.__, State Bar No. __126146__ as counsel of record in
(Name of New Attorney)

place of __Joshua Kaplan, Esq., Law Offices of Joshua Kaplan / Alan Novodor, Esq., Law Offices of Alan G. Novodor__.
                                    (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LeClairRyan, LLP |
| Address: | 888 S. Figueroa Street, Suite 1800, Los Angeles, California 90017 |
| Telephone: | (213) 488-0503      Facsimile (213) 624-3755 |
| E-Mail (Optional): | Thomas.Oleary@leclairryan.com |

I consent to the above substitution.
Date: 12-7-12
                                                      (Signature of Party (s))

I consent to being substituted.
Date: 12/4/12
                                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/10/12
                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 12, 2012.
                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]