AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

INNOVATION VENTURES, LLC;
LIVING ESSENTIALS, LLC,
    Plaintiff(s),
V.
PITTSBURG WHOLESALE GROCERS, INC.,
d.b.a. PITCO FOODS, et al.,
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-12-5523-WHA

Notice is hereby given that, subject to approval by the court, __Manouchehr Heikali aka David Heikali__ substitutes
(Party (s) Name)

__Thomas M. O'Leary, Esq.__, State Bar No. __126146__ as counsel of record in
(Name of New Attorney)

place of __Joshua Kaplan, Esq., Law Offices of Joshua Kaplan / Alan Novodor, Esq., Law Offices of Alan G. Novodor__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LeClairRyan, LLP
    Address: 888 S. Figueroa Street, Suite 1800, Los Angeles, California 90017
    Telephone: (213) 488-0503    Facsimile (213) 624-3755
    E-Mail (Optional): Thomas.Oleary@leclairryan.com

I consent to the above substitution.
Date: 12-7-12
(Signature of Party (s))

I consent to being substituted.
Date: 12/4/12
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/10/12
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: December 12, 2012.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]