UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  November 7, 2012                              Total Hearing Time: 1 hour 30 minutes

Case No.  C12-05523 WHA

Title: INNOVATION VENTURES LLC v. PITTSBURG WHOLESALE GROCERS INC

Plaintiff Attorney(s): Tom Mazzucco; Geoffrey Potter; Nick Larson; Christos Yatrakis;
          Alexander Michaels

Defense Attorney(s): Mark Poe; Jennifer Taylor; Randolph Gaw; William Markham

Deputy Clerk:  Dawn Toland                Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Order to Show Cause Hearing - HELD

2)   _____

Continued to  **11/28/12 at 3:00 pm**   for Motion

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Pitco employee Jim Phillips present. The deposition of Mr. Phillips set for 11/7/12 was cancelled by plaintiff yesterday. Court will entertain a motion for fees on the cancelled deposition and closure. No injunction against defendant Pitco Foods. Injunction against defendant Dan-Dee Co remains in place. Deadlines for briefing the motion in the Court's prior order remain in effect. Defendants shall obtain transcripts of the prior hearings. The issue of whether the case or documents should remain sealed was addressed.