**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, and LIVING ESSENTIALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>Defendants. | No. C 12-05523 WHA<br><br>**ORDER SETTING SCHEDULE** |

In the interest of judicial efficiency, the current briefing and hearing schedules are modified as follows: defendants' opposition to plaintiffs' motion to dismiss or stay (Dkt. No. 125) shall be submitted by **JANUARY 25 AT NOON**; plaintiffs' reply thereto shall be submitted by **JANUARY 29 AT NOON**; plaintiffs' motion to dismiss or stay and defendants' motion for sanctions (Dkt. No. 86) shall both be heard on **FEBRUARY 7 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE