IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC,
LIVING ESSENTIALS, LLC, and
INTERNATIONAL IP HOLDINGS, LLC,

    Plaintiffs,

  v.

PITTSBURGH WHOLESALE GROCERS,
INC., d/b/a PITCO FOODS, et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **FEBRUARY 7, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 18, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE