1  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
2  WENDY M. GARBERS (CA SBN 213208)
   wgarbers@mofo.com
3  MARK W. POE (CA SBN 223714)
   mpoe@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7  Attorneys for Defendants
   PITTSBURG WHOLESALE GROCERS, INC.,
8  DBA PITCO FOODS; PACIFIC
   GROSERVICE, INC. DBA PITCO FOODS
9

10

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 INNOVATION VENTURES, LLC; LIVING ESSENTIALS, LLC; and INTERNATIONAL IP<br>16 HOLDINGS, LLC, | Case No. 12-cv-5523-WHA |
| 17 Plaintiffs, | **DECLARATION OF JENNIFER TAYLOR IN SUPPORT OF PITCO FOODS' MOTION TO DISMISS** |
| 18 v. | |
| 19 PITTSBURG WHOLESALE GROCERS, INC., D/B/A PITCO FOODS; ET AL., | Date:       March 7, 2013<br>Time:      8:00 a.m.<br>Place:     Courtroom 8, 19th Floor |
| 20 Defendants. | Judge:    Hon. William H. Alsup |
| 21 | |

22

23

24

25

26

27

28

TAYLOR DECLARATION ISO PITCO FOODS' MOTION TO DISMISS
sf-3240959

1  I, Jennifer Lee Taylor, declare:

2      1.    I am a member of the bar of the State of California and am admitted to practice in

3  the Northern District of California.  I am an attorney at the law firm of Morrison & Foerster LLP,

4  attorneys of record for Pittsburg Wholesale Grocers, Inc. and Pacific Groservice, Inc. ("Pitco").

5  If called as a witness, I could and would testify competently to the matters set forth herein.  I

6  make this declaration in support of Pitco's Motion to Dismiss.

7      2.    On November 20, 2012, Plaintiffs' counsel contacted Defendants' counsel,

8  alerting us that Plaintiffs intended to seek to amend the complaint and add International IP

9  Holdings as a plaintiff.  Before agreeing to stipulate to the filing of a Second Amended

10  Complaint, I asked that Plaintiffs' counsel send me the assignment and license documents related

11  to the asserted trademarks.

12      3.    On November 21, 2012, Plaintiffs' counsel sent me those documents.

13      4.    A true and correct copy of the Assignment Agreement is attached hereto as Exhibit

14  A.

15      5.    A true and correct copy of the License Agreement is attached hereto as Exhibit B.

17      I declare under penalty of perjury under the laws of the United States that the foregoing is

18  true and correct.  Executed this 22nd day of January, 2013 in San Francisco, California.

20          /s/ *Jennifer Lee Taylor*
21          Jennifer Lee Taylor