# Exhibit A

## ASSIGNMENT

Whereas, Innovation Ventures, LLC, a Michigan limited liability company, with mailing address at 38955 Hills Tech Dr., Farmington Hills, MI 48331 (hereinafter referred to as Assignor) is the owner of the trademarks, trademark registrations, trademark applications service marks, service mark applications, trade names, service names, designs and slogans and the goodwill of the business symbolized thereby (hereinafter collectively the "Trademarks"), including, but not limited to, the Trademarks identified in Schedule A, attached hereto.

Whereas, International IP Holdings LLC, a limited liability company organized in the State of Michigan, having a mailing address of 39533 Woodward Ave, Ste 318, Bloomfield Hills, MI 48304, or its designee who may be designated in a separate writing referencing this assignment (hereinafter referred to as Assignee) is desirous of acquiring the entire right, title, and interest, in and to said Trademarks.

NOW THEREFORE, in consideration of the promises and mutual covenants and agreements contained herein and for other good and valuable consideration receipt of which is hereby acknowledged, Assignor hereby sells, assigns, and transfers unto Assignee the full and exclusive right, title, and interest in and to said Trademarks including, but not limited to, the Trademarks identified in Schedule A, attached hereto, and any and all future U.S. and foreign trademark applications and/or registrations that may reference, claim priority to or result therefrom, and the entire right to sue for and recover all profits and damages and all other remedies recoverable for past, present, and future infringement or violation of the same in their own name.

It is hereby covenanted that Assignor has the full right to convey the entire interest herein assigned, and that Assignor has not executed and will not execute any agreement in conflict herewith.

Assignee, its successors, assigns, or other legal representatives shall have the right to obtain and hold as the owner of the entire right, title, and interest in and to the Trademarks Intellectual Property and any Intellectual property, which may be available or become available related to the Trademarks, and the right to insert on this assignment any further identification which may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office or the appropriate national or regional authority in each foreign country to issue for recordation of this document.

Further, Assignor agrees to communicate to Assignee or its representative any facts known to Assignor respecting said Trademarks and to testify in any legal proceeding, to sign all lawful papers, renewals, declarations, affidavits and all necessary assignment papers to cause any other intellectual property rights to be issued to Assignee, to make all rightful oaths and generally do everything possible to aid Assignee, its successors, assigns, or other legal representatives, to obtain, maintain, enforce and properly protect said Trademarks in the United States and in all foreign countries.

In testimony whereof, I have hereunto set my hand on the date appearing next to my signature:

Witness: _____

Assignor's Authorized Representative: _____

Date: August 2, 2012

**TRADEMARK
REEL: 004836 FRAME: 0520**

**Schedule A**

**Assignor's Trademarks**

TRADEMARK
REEL: 004836 FRAME: 0521

| MARK | FILED | APP # | REG DATE | REG # | CLASSES |
|---|---|---|---|---|---|
| **UNITED STATES** | | | | | |
| 5 HOUR ENERGY (Supplemental) | 6/14/2004 | 78434496 | 9/27/2005 | 3003077 | 005 |
| 5-HOUR ENERGY | 4/15/2008 | 77522602 | 8/2/2011 | 4004225 | 005, 032 |
| [running man logo] | 1/6/2009 | 77643731 | 10/20/2009 | 3698044 | 005, 032 |
| 5-HOUR ENERGY | 4/6/2010 | 85007006 | 1/4/2011 | 3902207 | 025 |
| [running man logo] | 4/6/2010 | 85007217 | 11/16/2010 | 3876771 | 025 |
| [5-hour ENERGY logo] | 4/6/2010 | 85007326 | 11/16/2010 | 3876785 | 025 |
| 2:30 FEELING | 7/15/2010 | 85085504 | 5/3/2011 | 3956068 | 005, 032 |
| [bottle image] | 9/8/2010 | 85124847 | 4/5/2011 | 3940928 | 005, 032 |
| [bottle image] | 9/8/2010 | 85125017 | 4/5/2011 | 3940929 | 005, 032 |
| [bottle image] | 9/17/2010 | 85131851 | 4/5/2011 | 3940946 | 005, 032 |
| [bottle image] 5-HOUR ENERGY EXTRA STRENGTH | 9/17/2010 | 85132099 | 3/27/2012 | 4116951 | 005, 032 |
| **UNITED STATES** *continued...* | | | | | |
| [bottle image] ENERGY HOUR 5 | 9/17/2010 | 85132321 | 4/3/2012 | 4120360 | 005, 032 |

| MARK | FILED | APP # | REG DATE | REG # | CLASSES |
|---|---|---|---|---|---|
| ENERGY HOUR 5 | 9/17/2010 | 85132391 | 4/3/2012 | 4120361 | 005, 032 |
| ENERGY HOUR 5 | 3/2/2011 | 85255911 | 5/1/2012 | 4134079 | 005, 032 |
| 5-HOUR ENERGY | 5/10/2011 | 85317129 | 2/28/2012 | 4104670 | 005, 032 |
|  | 5/12/2011 | 85319463 |  |  | 005, 032 |
|  | 5/12/2011 | 85319501 |  |  | 005, 032 |
| FIXES TIRED FAST | 6/22/2011 | 85353246 | 5/15/12 | 4144236 | 005, 032 |
| HOURS OF ENERGY NOW | 5/29/2012 | 85637294 |  |  | 005, 032 |

*UNITED STATES continued...*