IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, et al.,

Plaintiffs,

v.

PITTSBURG WHOLESALE GROCERS, INC., et al.,

Defendants.

No. C 12-05523 WHA

**ORDER POSTPONING HEARING**

The hearing on the pending motion for sanctions and the related motion to dismiss or stay is **POSTPONED** until March 28. Plaintiffs and Pitco Foods shall file a joint status report not to exceed five pages regarding the status of the preliminary injunction appeal by **MARCH 14 AT NOON**.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE