IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>Defendants.<br>_____/ | No. C 12-05523 WHA<br><br>**ORDER EXTENDING TIME TO SERVE THIRD PARTY DEFENDANTS** |

Defendant Dandee Company, Inc., requests additional time to serve three remaining third-party defendants and, if necessary, to prepare a motion to serve those defendants by publication. Defendant's request is **GRANTED**. Dandee has until **MARCH 25 AT NOON** to file proof of proper service of summons and third party complaint on the three defendants. If service is successful, Dandee's initial disclosures as to these defendants will be due on **APRIL 1**.

If service is unsuccessful, Dandee shall file for leave to serve by publication by **APRIL 2 AT NOON**. Dandee has been in this action for a long time. This order in no way agrees that service by publication will be permitted.

**IT IS SO ORDERED.**

Dated: March 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE