Thomas P. Mazzucco – 139758
Bryan L. P. Saalfeld - 243331
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY, PC
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:     (415) 788-1900
Fax:    (415) 393-8087
E-Mail          tmazzucco@mpbf.com
                bsaalfeld@mpbf.com
                nlarson@mpbf.com

Geoffrey Potter (admitted *pro hac vice*)
Michelle W. Cohen (admitted *pro hac vice*)
Christos G. Yatrakis (admitted *pro hac vice*)
Aron Fischer (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 336-2000
Fax:           (212) 336-2222
E-Mail         gpotter@pbwt.com
               mcohen@pbwt.com
               cyatrakis@pbwt.com
               afischer@pbwt.com

Attorneys for Plaintiff
INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC AND INTERNATIONAL IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, ET AL.,<br><br>Defendants | Case No.: C-12-5523-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING UNITED CUSTOM DISTRIBUTION, LLC TO AMEND ANSWER IN LIEU OF RESPONDING TO PLAINTIFFS' PROPOSED MOTION TO STRIKE** |

- 1 -
STIPULATION AND [PROPOSED] ORDER PERMITTING UNITED CUSTOM DISTRIBUTION, LLC TO
AMEND ANSWER IN LIEU OF RESPONDING TO PLAINTIFFS' PROPOSED MOTION TO STRIKE
CASE NO. C-12-5523-WHA

5989451v.2

RELATED ACTIONS.

WHEREAS, Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC (collectively, "Living Essentials") filed and served its Second Amended Complaint on December 5, 2012;

WHEREAS, defendant United Custom Distribution, LLC ("UCD") filed and served its Answer to the Second Amended Complaint on February 5, 2013;

WHEREAS, Living Essentials filed a motion to strike certain of the affirmative defenses raised by UCD in its Answer on March 1, 2013;

WHEREAS, UCD is required to file a response to Living Essentials' motion to strike no later than March 15, 2013; and

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) permits UCD to amend its Answer upon Living Essentials' written consent; and

WHEREAS, the parties agree that the interests of judicial economy are best served by avoiding unnecessary motion practice;

WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1) UCD need not respond to Living Essentials' motion to strike and that UCD will instead file and serve an Amended Answer to the Second Amended Complaint no later than March 25, 2013.

2) Living Essentials' motion to strike certain of the affirmative defenses raised in UCD's Answer is withdrawn without prejudice.

3) Living Essentials reserves all rights under the Federal Rules of Civil Procedure to respond to UCD's Amended Answer.

- 2 -
STIPULATION AND [PROPOSED] ORDER PERMITTING UNITED CUSTOM DISTRIBUTION, LLC TO AMEND ANSWER IN LIEU OF RESPONDING TO PLAINTIFFS' PROPOSED MOTION TO STRIKE
CASE NO. C-12-5523-WHA

5989451v.2

CONSENTED AND AGREED BY:

Dated: March    , 2013          MURPHY PEARSON BRADLEY & FEENEY


                                /s/
                                _____
                                Thomas P. Mazzucco
                                *Attorneys for Plaintiffs*
                                *Innovation Ventures, LLC, Living Essentials,*
                                *LLC, and International IP Holdings, LLC*

Dated: March    , 2013          PATTERSON BELKNAP WEBB & TYLER LLP


                                /s/ Geoffrey Potter
                                _____
                                Geoffrey Potter
                                Michelle W. Cohen
                                Christos G. Yatrakis
                                *Attorneys for Plaintiffs*
                                *Innovation Ventures, LLC, Living Essentials,*
                                *LLC, and International IP Holdings, LLC*

Dated: March    , 2013


                                /s/ Dean A. Alper
                                _____
                                Dean A. Alper
                                Alper & McCulloch
                                *Attorney for Defendant United Custom Distribution,*
                                *LLC*

IT IS SO ORDERED:

Dated: March 18, 2013.

                                _____
                                WILLIAM H. ALSUP
                                District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER PERMITTING UNITED CUSTOM DISTRIBUTION, LLC TO
AMEND ANSWER IN LIEU OF RESPONDING TO PLAINTIFFS' PROPOSED MOTION TO STRIKE
CASE NO. C-12-5523-WHA

5989451v.2