KEVIN K. CHOLAKIAN (S.B. #103423)
HANLEN CHANG (S.B. # 237350)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Ste. 415
South San Francisco, CA 94080
Telephone:  (650) 871-9544
Facsimile:   (650) 871-9552
http://www.lawyers.com/cholakian


BRIAN M. AKKASHIAN (S.B. # P55544)
ANTHONY R. PAESANO (S.B. # P60173)
RICHARD M. APKARIAN JR. (S.B.# P66206)
PAESANO AKKASHIAN, P.C.
(Pro Hac Vice)
132 N. Old Woodward Ave.
Birmingham, MI  48009
Telephone: (248) 792-6886
Facsimile: (248) 792-6885
Email:rapkarian@paesanoakkashian.com


Attorneys for Third Party Defendants and Cross
Defendants Walid Jamil, Raid Jamil, Justin Shayota,
Midwest Wholesale Distributors, Inc., JT Wholesale, Inc.,
and Trimexico, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.<br><br>Plaintiff,<br><br>vs.<br><br>PITTSBURGH WHOLESALE GROCERS d/b/a PITCO FOODS, et al. ,<br><br>Defendants, | Case No. 12-cv-5523WHA<br><br>**THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:    October 26, 2012<br>Trial Date:          January 13, 2014 |

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

251-059                                     - 1 –                                     12-cv-5523WHA
THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN
ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

Third-Party and Cross Defendants Walid Jamil, Raid Jamil, Justin Shayota, Midwest Wholesale Distributors, Inc., Trimexico, Inc., and JT Wholesale, Inc. (collectively, the "Midwest Third Party Defendants"), by their attorneys, Cholakian & Associates and Paesano Akkashian, P.C., state for their Answer to Kevin Attiq and Fadi Attiq's Third Party Complaint as follows:

## I.   CONCISE STATEMENT OF CROSS-CLAIMS

In response to the opening paragraphs, the Midwest Third Party Defendants deny that they engaged in any wrongdoing or that Kevin Attiq and Fadi Attiq are entitled to any relief from them. As to all remaining allegations, the Midwest Third Party Defendants neither admit nor deny them because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

## II.   THE PARTIES

1.  The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

2.  The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

3.  The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

4.  The Midwest Third Party Defendants admit that Walid Jamil resides in Michigan, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF CHOLAKIAN & ASSOCIATES A PROFESSIONAL CORPORATION 400 OYSTER POINT BLVD., SUITE 415 SOUTH SAN FRANCISCO, CALIFORNIA 94080

5. The Midwest Third Party Defendants admit that Raid Jamil resides in Michigan, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

6. The Midwest Third Party Defendants admit that Justin Shayota resides in California, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

7. The Midwest Third Party Defendants admit that Midwest Wholesale is a Michigan corporation that conducts business in Michigan and California, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

8. The Midwest Third Party Defendants admit that Trimexico was formed as a California corporation, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

9. The Midwest Third Party Defendants admit that JT Wholesale is a California corporation, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

10. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

11. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

/ / /

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

12. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

13. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

14. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

15. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

16. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

17. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

18. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

/ / /

/ / /

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

19. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

20. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

21. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

22. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

23. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

24. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

25. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

/ / /

/ / /

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN
ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

26. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

### III. JURISDICTION AND VENUE

27. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

28. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

29. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

30. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

31. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

32. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

///

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

33. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

34. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

35. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

36. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

## IV.   COMMON ALLEGATIONS

37. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

38. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

39. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

/ / /

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

40. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

41. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

42. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

43. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

44. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

45. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

46. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

///

///

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

47. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

48. The Midwest Third Party Defendants deny all allegations of wrongdoing, and neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

49. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

50. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

51. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

52. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

53. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

/ / /

/ / /

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN
ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

54. The Midwest Third Party Defendants deny that Midwest committed any fraud, and neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

55. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

56. The Midwest Third Party Defendants deny the allegations as untrue.

57. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

58. The Midwest Third Party Defendants neither admit nor deny the allegations relating to Dandee's review of discovery proceedings, but deny any and all allegations of wrongdoing as untrue.

59. The Midwest Third Party Defendants deny the allegations as untrue.

60. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

61. The Midwest Third Party Defendants deny all allegations of wrongdoing, and neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

62. The Midwest Third Party Defendants deny all allegations of wrongdoing, but neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

251-059                                   - 10 -                              12-cv-5523WHA
THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN
ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

63. The Midwest Third Party Defendants deny all allegations of wrongdoing, and neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

64. The Midwest Third Party Defendants deny all allegations of wrongdoing, and neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

65. The Midwest Third Party Defendants deny all allegations of wrongdoing, and neither admit nor deny the remaining allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

66. The Midwest Third Party Defendants neither admit nor deny the allegations because they lack sufficient knowledge or information to form an opinion as to the truth of those allegations.

## V.      FIRST CAUSE OF ACTION
## (EQUITABLE INDEMNIFICATION)
## (AGAINST ALL THIRD-PARTY DEFENDANTS)

67. The Midwest Third Party Defendants incorporate their foregoing answers as though fully stated herein.

68. The Midwest Third Party Defendants deny the allegations as untrue.

69. The Midwest Third Party Defendants deny the allegations as untrue.

## VI.      NINTH CAUSE OF ACTION
## (EQUITABLE CONTRIBUTION)
## (AGAINST ALL THIRD-PARTY DEFENDANTS)

70. The Midwest Third Party Defendants incorporate their foregoing answers as though fully stated herein.

71. The Midwest Third Party Defendants deny the allegations as untrue.

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

72. The Midwest Third Party Defendants deny the allegations as untrue.

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

## THE MIDWEST THIRD PARTY DEFENDANTS' AFFIRMATIVE AND SPECIAL DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT

Third-Party and Cross Defendants Walid Jamil, Raid Jamil, Justin Shayota, Midwest Wholesale Distributors, Inc., Trimexico, Inc., and JT Wholesale, Inc. (collectively, the "Midwest Third Party Defendants"), by their attorneys, Cholakian & Associates and Paesano Akkashian, P.C., state for their Affirmative and Special Defenses to Kevin Attiq and Fadi Attiq's Third Party Complaint as follows:

1. The Third Party Complaint fails to state a claim upon which relief may be granted and the Midwest Third Party Defendants are entitled to judgment as a matter of law.

2. The Third Party claims are barred, in whole or in part, due to the Attiq's fraud.

3. The Attiqs have sustained no damages caused by the Midwest Third Party Defendants.

4. The Third Party claims are barred for lack of standing.

5. The Third Party claims may be barred due to the failure to join all necessary parties.

6. The Third Party claims may be barred by statutes of limitations.

7. The Third Party claims are barred under the doctrine of unclean hands.

8. The Third Party claims are barred by the failure to mitigate damages.

9. The Third Party claims are barred by license, consent, acquiescence, waiver, laches and estoppel.

10. The Midwest Third Party Defendants did not make the alleged representations.

11. The Midwest Third Party Defendants did not make any representation with the intention of inducing the Attiqs' reliance.

12. The Midwest Third Party Defendants hereby give notice that they intend to rely upon such other and further affirmative and special defenses as may appear applicable through

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

1  discovery proceedings and hereby reserve the right to amend their answer to reflect such other

2  affirmative and special defenses.

3  **WHEREFORE**, Midwest Third Party Defendants request that Kevin Attiq and Fadi

4  Attiq be denied any relief; that Midwest Third Party Defendants be awarded their costs of suit;

5  that Midwest Third Party Defendants be awarded reasonable attorney's fees; and that Midwest

6  Third Party Defendants receive such other and further relief as the Court may deem just and

7  proper.

8  **DEMAND FOR JURY TRIAL**

9  Third Party Defendants Walid Jamil, Raid Jamil, Justin Shayota, Midwest Wholesale

10  Distributors, Inc., JT Wholesale, Inc., and Trimexico, Inc. hereby demand a jury trial in this

11

12  action.

13  DATED: March 29, 2013                    Respectfully Submitted,

14                                           CHOLAKIAN & ASSOCIATES
                                             A Professional Corporation
15

16

17  By_____/s/_____
                                             Kevin Cholakian
18                                           Hanlen Chang
                                             Attorneys for Third Party Defendants and
19                                           Cross Defendants Walid Jamil, Raid Jamil,
                                             Justin Shayota, Midwest Wholesale
20                                           Distributors, Inc., JT Wholesale, Inc.,
                                             and Trimexico, Inc.
21

22  DATED: March 29, 2013                    PAESANO AKKASHIAN, P.C.

23

24  By_____/s/_____
                                             Brian M. Akkashian
25                                           Anthony R. Paesano
                                             Richard M. Apkarian, Jr.
26                                           (Pro Hac Vice)

27

28

THE MIDWEST THIRD PARTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO KEVIN
ATTIQ AND FADI ATTIQ'S THIRD PARTY COMPLAINT; DEMAND FOR JURY TRIAL

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080