CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: cdavis@gordonrees.com,
arudin@gordonrees.com

Attorneys for Third-Party Defendants MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURGH WHOLESALE GROCERS, INC. d/b/a/ PITCO FOODS, ET AL.,<br><br>Defendants.<br><br>―――――――――――――――――<br>DANDEE COMPANY, INC.<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>WALID JAMIL; RAID ("BRIAN") JAMIL; JUSTIN SHAYOTA; MIDWEST WHOLESALE DISTRIBUTIONS, INC.; JT WHOLESALE, INC.; JOE SHAYOTA; ADRIANA SHAYOTA; BAJA EXPORTING, LLC; TRADEWAY INTERNATIONAL, INC. (D/B/A BAJA EXPORTING); TRIMEXICO, INC.; MARIO RAMIREZ; CAMILO RAMIREZ; MCR INNOVATIONS AND PACKAGING, INC.; MCR PRINTING & PACKAGING CORP.; NAFTAUNITED.COM; JORGE NAVARRO; ONE STOP LABEL CORPORATION; LESLIE ROMAN; DONNA ROMAN; FLEXOPACK; JUAN ROMERO GUTIERREZ; NUTRITION PRIVATE | CASE NO. 12-CV-5523-WHA<br><br>**ANSWER OF THIRD-PARTY DEFENDANTS MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16, F.R.C.P. 7.1)** |

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - CASE NO. 12-CV-5523-WHA

LABEL, INC.; and ADVANCED NUTRACEUTICAL MANUFACTURING, INC. )
)
)
)
Third-Party Defendants. )
)

Pursuant to Civil L.R. 3-16, the undersigned, on behalf of Third-Party Defendants MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM., (collectively referred to herein as "Third-Party Defendants") certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Attached hereto as Exhibit "1" is the Caption page from the action entitled Innovation Ventures, LLC, et al. v. Ultimate One Distributing Corp., et al., pending in the United States District Court for the Eastern District of New York, Case No. 1:12-cv-05354-KAM-RLM. The subject matter of that action is substantially similar to the subject matter before this Court and therefore each of the parties identified on the attached caption page has a financial interest in the subject matter in controversy before this Court and/or which could be substantially affected by the outcome of this proceeding.

DATED: March 29 2013     GORDON & REES LLP

By:    /s Aaron P. Rudin
CALVIN E. DAVIS
AARON P. RUDIN
Attorneys for Third-Party Defendants
MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM