IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, et al.,

    Plaintiffs,

  v.

PITTSBURG WHOLESALE GROCERS, INC., et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER REGARDING REQUEST TO ENTER STIPULATED JUDGMENT**

Given that defendant Rayco Fuels, Inc., d/b/a Jacumba Shell can only appear by way of counsel, it is impossible for the Court to enter the stipulated judgment. Counsel for plaintiffs should consider a dismissal against defendant Jacumba Shell in exchange for a private agreement. Alternatively, the Court would consider entering a default judgment against Jacumba Shell provided that service of the operative complaint and the summons have been made with proof of service provided. But, in that event, the relief granted can be no greater that provided by law for a default judgment.

**IT IS SO ORDERED.**

Dated: April 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE