Randolph Gaw (S.B. #223718) – rgaw@thegawgroup.com
THE GAW GROUP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 745-3308
Facsimile: (415) 737-0642

Attorneys for Defendants and Cross-Claimants Elite Wholesale, Inc., Tonic Wholesale, Inc. d/b/a Ace Wholesale, Dapan USA Corp. d/b/a Frontier Wholesale and Sung Keun Lee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PITTSBURG WHOLESALE GROCERS d/b/a PITCO FOODS, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No. 3:12-CV-05523-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER TAKING OFF CALENDAR DANDEE'S MOTION TO DISMISS CROSS-CLAIMS OF ELITE DEFENDANTS** |

STIP. & [PROPOSED] ORDER RE DANDEE MTD; NO. 3:12-CV-05523-WHA

1  WHEREAS, on March 2, 2013, defendant DanDee Company, Inc. ("DanDee") filed a
2  motion to dismiss cross-claims raised against it by Defendants Elite Wholesale, Inc., Tonic
3  Wholesale, Inc., Dapan USA Corp. and Sung Keun Lee (collectively, the "Elite Defendants")
4  (Docket No. 226); and

5  WHEREAS, a hearing date of April 18, 2013 has been scheduled for DanDee's motion
6  to dismiss; and

7  WHEREAS, the Court had previously ordered on February 25, 2013, that the Elite
8  Defendants amend their responsive pleading in response to DanDee's motion to dismiss (Docket
9  No. 193); and

10  WHEREAS, on March 28, 2013, the Elite Defendants filed an Amended Answer and
11  Cross-claims (Docket No. 281); and

12  WHEREAS, the parties agree that DanDee's motion to dismiss is now moot;

13  //
14  //
15  //

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the April 18, 2013 hearing on DanDee's motion to dismiss is hereby taken off calendar.

Dated: April 3, 2013         THE GAW GROUP

                             By:   */s/ Randolph Gaw*
                                   Randolph Gaw
                                   Attorneys for Defendants and Cross-Claimants Elite Wholesale Inc., Tonic Wholesale, Inc., Dapan USA Corp. and Sung Keun Lee

Dated: April 3, 2013         LAW OFFICES OF WILLIAM MARKHAM, P.C.

                             By:   */s/ William Markham*
                                   William Markham

                                   Attorneys for Defendant and Cross-Respondent DanDee Co., Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2013.        _____
                             Hon. William J. Alsup
                             United States District Court Judge