IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PITTSBURG WHOLESALE GROCERS, et al.,<br><br>    Defendants. | No. C 12-5523 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ADAM BLUMENKRANTZ** |

The *pro hac vice* application of Attorney Adam Blumenkrantz (Dkt. No. 239) is **DENIED** for failing to specify membership in good standing of a specific United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of the New York" is insufficient under the civil local rules. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE