IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>  v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 12-5523 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY DARIN LEBEAU** |

The *pro hac vice* application of Attorney Darin LeBeau (Dkt. No. 319) is **DENIED** for failing to specify membership in good standing of a specific United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of Michigan" is insufficient under the civil local rules. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: May 20, 2013.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE