Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, ET AL.

Plaintiff(s),

v.

PITTSBURG WHOLESALE, ET AL.

Defendant(s).

Case No: 12-5523 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Darin J. LeBeau, an active member in good standing of the bar of Michigan Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Innovation Ventures, LLC, et al. in the above-entitled action. My local co-counsel in this case is Thomas P. Mazzucco, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Oakland Law Group, PLLC, 38955 Hills Tech Drive, Farmington Hills, MI 48331 | Thomas P. Mazzucco, Murphy Pearson Bradley Feeney, 88 Kearny St., San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 560-0452 | (415) 788-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| darin@oaklandlawgroup.com | tmazzucco@mpbf.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P54875.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/28/13

Darin J. LeBeau
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Darin J. LeBeau is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 29, 2013.

William Alsup
United States District Judge

PRO HAC VICE APPLICATION & ORDER