IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL
IP HOLDINGS, LLC,

    Plaintiffs,

  v.

PITTSBURG WHOLESALE GROCERS, INC.,
d/b/a PITCO FOODS, PACIFIC GROSERVICE,
INC., d/b/a PITCO FOODS, et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER SETTING
DISCOVERY HEARING
RE DEFENDANTS'
DISCOVERY DISPUTE**

    The Court **SETS** a three-hour meet-and-confer on **MONDAY, JUNE 17, 2013, STARTING FROM 10:00 A.M. TO 1:30 P.M.** (with thirty minutes at noon for lunch) in the Court's jury room in the San Francisco federal courthouse. At **1:30 P.M.**, the Court shall hear any remaining unresolved issue(s) in Courtroom No. 8. Plaintiffs' response is due by noon on June 14. Please buzz chambers at 10:00 a.m. on June 17 to be let into the jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: June 12, 2013.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE