IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>    Defendants.<br>                                 / | No. C 12-05523 WHA<br><br>**ORDER RE DISCOVERY DISPUTE** |

This order memorializes the rulings at today's discovery dispute hearing.

Pitco's document request number 20 is **QUASHED**. Pitco's motion to compel production of documents in response to document request number 21 is **GRANTED IN PART**. Plaintiffs shall produce sufficient documents to prove up the lowest price paid by the named retailers for a master case of 5-hour energy in 2012, net of all forms of discounts and rebates.

Pitco's motion to compel responses to interrogatories 3 and 4 is **GRANTED**. Plaintiffs shall produce the aforementioned interrogatory responses and documents by **JUNE 24**. Plaintiffs may produce these items on an attorney's-eyes-only basis under the protective order in this action.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE