CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: cdavis@gordonrees.com,
arudin@gordonrees.com

Attorneys for Third-Party Defendants, Cross-Defendants and Cross-Claimants MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PITTSBURGH WHOLESALE GROCERS, INC. d/b/a/ PITCO FOODS, ET AL., <br><br> Defendants. | CASE NO. 12-CV-5523-WHA <br><br> [PROPOSED] ORDER PARTIALLY DISMISSING CROSS-CLAIM FILED BY ROMAN CROSS-CLAIMANTS AGAINST MARIO RAMIREZ AND MCR INNOVATIONS AND PACKAGING INC., ONLY; AND CROSS-CLAIM FILED BY THE MCR CROSS-CLAIMANTS AGAINST THE ROMAN CROSS-CLAIMANTS ONLY |
| DANDEE COMPANY, INC. <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> WALID JAMIL; RAID ("BRIAN") JAMIL; JUSTIN SHAYOTA; MIDWEST WHOLESALE DISTRIBUTIONS, INC.; JT WHOLESALE, INC.; JOE SHAYOTA; ADRIANA SHAYOTA; BAJA EXPORTING, LLC; TRADEWAY INTERNATIONAL, INC. (D/B/A BAJA EXPORTING); TRIMEXICO, INC.; MARIO RAMIREZ; CAMILO RAMIREZ; MCR INNOVATIONS AND PACKAGING, INC.; MCR PRINTING & PACKAGING CORP.; NAFTAUNITED.COM; JORGE NAVARRO; ONE STOP LABEL CORPORATION; LESLIE ROMAN; DONNA ROMAN; FLEXOPACK; JUAN ROMERO GUTIERREZ; NUTRITION PRIVATE LABEL, INC.; and ADVANCED | Trial Date:       January 13, 2014 <br> Complaint Filed:  October 26, 2012 |

-1-

[PROPOSED] ORDER PARTIALLY DISMISSING CROSS-CLAIMS
CASE NO. 12-CV-5523-WHA

```
NUTRACEUTICAL MANUFACTURING,     )
INC.,                            )
                                 )
            Third-Party Defendants. )
                                 )
_____)
                                 )
LESLIE ROMAN, individually and doing )
business as FLEXOPACK; and DONNA )
ROMAN,                           )
                                 )
            Cross-Claimants,     )
                                 )
      v.                         )
                                 )
WALID JAMIL, aka WALLY JAMIL;    )
MIDWEST WHOLESALE, INC.; MARIO   )
RAMIREZ; and MCR INNOVATIONS AND )
PACKAGING, INC.,                 )
                                 )
            Cross-Defendants.    )
_____)
```

Having read and duly considered the Stipulation Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to Dismiss The Cross-Claim Filed by Leslie Roman and Donna Roman against Mario Ramirez and MCR Innovations and Packaging, Inc., only and to Dismiss the Cross-Claim Filed by the MCR Cross-Claimants Against Leslie Roman, Donna Roman and Flexopack, and finding good cause therefore, the Court hereby Orders pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure:

1. The March 14, 2013 Cross-Claim filed by Leslie Roman, Donna Roman and Flexopack is hereby dismissed with prejudice as to Mario Ramirez and MCR Innovations and Packaging, Inc., only.

2. The March 29, 2013 Cross-Claim filed by Mario Ramirez, Camilo Ramirez, MCR Innovations and Packaging, Inc., MCR Printing & Packaging Corp., and Naftuaunited.com, is hereby dismissed with prejudice as to Leslie Roman, Donna Roman, and Flexopack, only.

IT IS SO ORDERED.

DATED: _____June 20_____, 2013

_____
United States District Court Judge William Alsup