IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, LIVING
ESSENTIALS, LLC, and INTERNATIONAL
IP HOLDINGS, LLC,

    Plaintiffs,

  v.

PITTSBURG WHOLESALE GROCERS,
INC., d/b/a PITCO FOODS, *et al.*,

    Defendants.
                                            /

AND RELATED CROSS-ACTIONS.
                                            /

No. C 12-05523 WHA

**ORDER SETTING
DISCOVERY HEARINGS**

      The Court is in receipt of two discovery disputes filed by Pitco and Dan-Dee Company and **ORDERS** the parties to each dispute to meet-and-confer in the Court's jury rooms on **WEDNESDAY, JULY 3, 2013, FOR TWO HOURS STARTING FROM 9:00 A.M.** At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please buzz chambers at 9:00 a.m. on July 3 to be let into the Court's jury rooms. Oppositions are due by noon on July 2.

      Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: June 28, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE