William A. Markham, State Bar No. 132970
Dorn Graham Bishop, State Bar No. 147994
Rashida Khan, California State Bar No. 196420
Jason Eliaser, State Bar No. 248394
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:    (619) 224-3974
E-mail:  wm@markhamlawfirm.com

Attorneys for Defendant Dan-Dee Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC *et al.*,<br><br>Plaintiffs,<br><br>Vs.<br><br>PITTSBURGH WHOLESALE GROCERS, INC. d/b/a PITCO FOODS, *et al.*,<br><br>Defendants.<br><br>RELATED CROSS-ACTIONS | Case No.    12-cv-5523-WHA<br><br>[~~PROPOSED~~] ORDER AUTHORIZING DAN-DEE COMPANY, INC. TO FILE SPECIFIED MEET-AND-CONFER LETTERS<br><br>Civil L.R. 7-11<br><br>The Hon. William H. Alsup<br><br>Courtroom 8, 19th Floor<br><br>Complaint Filed:   October 26, 2012<br>Trial Date:              January 13, 2014 |

[PROPOSED] ORDER AUTHORIZING DAN-DEE COMPANY, INC.
TO FILE SPECIFIED MEET-AND-CONFER LETTERS

1  WHEREAS, Defendant Dan-Dee Company, Inc. ("Dan-Dee") has filed an administrative
2  motion under Civil Local Rule 7-11 for leave to file certain meet-and-confer correspondence
3  exchanged between Plaintiffs and Dan-Dee – namely, a letter that Plaintiffs' counsel sent to Dan-
4  Dee's counsel on May 31, 2013 and a reply letter that Dan-Dee's counsel sent to Plaintiffs' counsel
5  on June 27, 2013; and

6  WHEREAS, Dan-Dee seeks leave to file the correspondence on the ground that the Court
7  might wish to consider it before ruling on the pending discovery dispute between Dan-Dee and
8  Plaintiffs (Docket No.391); and

9  WHEREAS, the Court finds that there is good cause to receive the above correspondence;

10  WHEREFORE, the Court now gives the following ORDER:

11  Dan-Dee is given leave to file the above correspondence, which is appended as Exhibits 1 and
12  2 to its present administrative motion.

Dan-Dee's request for leave to submit additional briefing on the discovery dispute, however, is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 1, 2013.



IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

[~~PROPOSED~~] ORDER AUTHORIZING DAN-DEE COMPANY, INC.
TO FILE SPECIFIED MEET-AND-CONFER LETTERS

-1-