UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Ventures LLC, et al. | No. C-12-05523 WHA (DMR) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| Pittsburg Wholesale Grocers Inc., et al., | |
| Defendant(s). | |

A mandatory pre-settlement conference was scheduled for July 8, 2013 at 10:00 a.m. before this court in the above-entitled case. *See* Docket No. 403. Defendant Rahib, Goldberg & Associates d/b/a Courtesy Wholesalers was not present.

Defendant Rahib, Goldberg & Associates is ordered to respond by **July 15, 2013** to show cause regarding why it should not be sanctioned for counsel's failure to appear at the mandatory pre-settlement conference. If Defendant Rahib, Goldberg & Associates does not respond by July 15, 2013, the court may impose sanctions upon it.

The court also reminds Defendant Rahib, Goldberg & Associates that its submissions for the July 16, 2013 settlement conference are due **July 9, 2013.**

IT IS SO ORDERED.

Dated: July 8, 2013

DONNA M. RYU
United States Magistrate Judge