IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES LLC, et al., | No. C -12-05523 WHA (EDL) |
| Plaintiffs, | **ORDER** |
| v. | |
| PITTSBURG WHOLESALE GROCERS, INC. et al., | |
| Defendants. | |

On July 3, 2013, the District Court referred to a Magistrate Judge all future discovery disputes in this case and "any discovery disputes involving Dan-Dee's discovery requests that were not addressed at" the July 3, 2013 hearing. The parties have not notified this Court of any unresolved discovery disputes from the hearing. The Court assumes that no such disputes remain. However, if that is not the case, the parties shall notify the Court whether any such unresolved discovery disputes exist. The parties should do so by filing a joint statement of no more than three pages by Tuesday, July 16, 2013. All other discovery disputes are to be raised in accordance with this Court's Order re Discovery Procedures (Dkt. 414.)

**IT IS SO ORDERED.**

Dated: July 12, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge