IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>Defendants. | No. C 12-05523 WHA<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING CASE MANAGEMENT CONFERENCE** |

Defendant Dan-Dee's administrative motion to schedule a case management conference is **GRANTED**. All other parties shall file responses to Dan-Dee's proposals in the motion by **OCTOBER 8 AT NOON**. The conference shall take place on **OCTOBER 10 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE