1  Thomas P. Mazzucco - 139758
   Aaron K. McClellan – 197185
2  Bryan L. P. Saalfeld - 243331
   Nicholas C. Larson - 275870
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
5  Fax:    (415) 393-8087
   E-Mail      tmazzucco@mpbf.com
6              amcclellan@mpbf.com
               bsaalfeld@mpbf.com
7              nlarson@mpbf.com

8  Geoffrey Potter (admitted *pro hac vice*)
   Christos G. Yatrakis (admitted *pro hac vice*)
9  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
10 New York, NY 10036
   Telephone:    (212) 336-2000
11 Fax:          (212) 336-2222
   E-Mail        gpotter@pbwt.com
12               cyatrakis@pbwt.com

13 Attorneys for Plaintiffs
   INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC
14 AND INTERNATIONAL IP HOLDINGS, LLC

15                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 INNOVATION VENTURES, LLC, LIVING
   ESSENTIALS, LLC, and INTERNATIONAL IP        12 Civ. 5523 (WHA)
18 HOLDINGS, LLC,

19                              Plaintiffs,      **STIPULATION AND ORDER**

20            -against-

21 PITTSBURG WHOLESALE GROCERS, INC.,
   d/b/a PITCO FOODS, et al.,
22
                               Defendants.
23

24         UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel

25 for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC

26 (collectively, "Living Essentials"), and counsel for defendants Dan-Dee Company, Inc.; Fadi Attiq;

27 and Kevin Attiq (collectively, the "Dan-Dee Defendants"),

28
                                      -1-

WHEREAS Plaintiffs, pursuant to the Court's order of October 25, 2012, through their surety, American Contractors Indemnity Company, gave an undertaking in the amount of $50,000 for the seizure executed against the Dan-Dee Defendants on October 29, 2012, at 3511 Sweetwater Springs Boulevard, Spring Valley, California 91978 (the "Seizure"),

It is hereby STIPULATED and ORDERED as follows:

1.      Plaintiffs and their surety, American Contractors Indemnity Company, are released from any and all liability under the bonds filed in this case (including Bond Nos. 1000772114 and 1000772115) and the Seizure is hereby confirmed.

2.      By executing this stipulation and order, the Dan-Dee Defendants do not waive their objections to introducing in evidence items obtained by the enforcement of the Court's Seizure Order.

3.      Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: October 3, 2013

**CONSENTED AND AGREED TO BY:**

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Geoffrey Potter*
    Geoffrey Potter
    gpotter@pbwt.com
    Christos Yatrakis
    cyatrakis@pbwt.com

*Attorneys for Plaintiffs*

**SO ORDERED:**

Date:  October 7, 2013.

LAW OFFICES OF WILLIAM MARKHAM, P.C.

By: */s/  William Markham*
    William Markham
    wm@markhamlawfirm.com

*Attorney for Defendant Dan-Dee Company, Inc.*

_____
William Alsup
United States District Judge

6415835v.2