IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>    Defendants. | No. C 12-05523 WHA<br><br>**ORDER CHANGING HEARING DATE** |

As stated at the case management conference today, the hearing Dan-Dee's motion for authorization to disburse salaries is rescheduled to **NOVEMBER 14 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE