Geoffrey Potter (gpotter@pbwt.com) (*pro hac vice*)
Christos Yatrakis (cyatrakis@pbwt.com) (*pro hac vice*)
Jonah M. Knobler (jknobler@pbwt.com) (*pro hac vice*)
Adam Blumenkrantz (ablumenkrantz@pbwt.com) (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Plaintiffs
INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, ET AL.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No.: C-12-5523-WHA-EDL<br><br>**PLAINTIFFS' [PROPOSED]** (AS MODIFIED) **ORDER ALLOWING PARTICIPATION IN SETTLEMENT CONFERENCE BY PHONE** |

1  WHEREAS, this Court issued a Case Management Order in this matter on March 7, 2013 ("March 7 Order") (Dkt. No. 238) referring the matter to Magistrate Judge Ryu for mediation/settlement;

WHEREAS, this Court issued a Notice of Settlement Conference and Settlement Conference Order on March 27, 2013 (Dkt. No. 278) requiring that a party representative for each party personally attend any settlement conference;

WHEREAS, this Court issued a Notice of Further Settlement Conference and Settlement Conference Order on August 8, 2013 (Dkt. No. 435) scheduling a settlement conference between Plaintiffs and the Dan-Dee Defendants on November 8, 2013, at 10:00 a.m.;

WHEREAS, the party representative for the Plaintiffs, Ms. Elizabeth Carter, is pregnant and unable to travel to the settlement conference on November 8, 2013;

WHEREAS, the Dan-Dee Defendants have consented to Ms. Carter participating in the conference by phone;

WHEREFORE, the Court now ORDERS that:

1.  Ms. Elizabeth Carter is allowed to participate in the settlement conference scheduled for November 8, 2013 on behalf of the Plaintiffs by telephone.  If the court concludes that the absence of Ms. Elizabeth Carter is interfering with the settlement conference, the court may continue the settlement conference and may order personal attendance by each party including Ms. Elizabeth Carter.

**IT IS SO ORDERED.**

DATED:  __10/15/2013_____

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

-1-