IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, et al.,

    Plaintiffs,

v.

PITTSBURG WHOLESALE GROCERS, INC., et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER DENYING MOTION TO SEAL (DKT. NO. 461)**

On October 8, plaintiffs filed a motion to seal documents and information designated "highly confidential" by defendant Dan-Dee Company, Inc. Under Local Rule 79-5(d), the burden then shifted to Dan-Dee to "file with the Court and serve a declaration establishing that the designated information is sealable, and . . . lodge and serve a narrowly tailored proposed sealing order" within seven days. The deadline to file a declaration and proposed order has now expired and the motion to seal is accordingly **DENIED**. Pursuant to the Local Rule, the proposed filings shall be filed on the public docket.

**IT IS SO ORDERED.**

Dated: October 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE