Thomas P. Mazzucco (tmazzucco@mpbf.com) – CA Bar No. 139758
Aaron K. McClellan (amcclellan@mpbf.com) – CA Bar No. 197185
Bryan L. P. Saalfeld (bsaalfeld@mpbf.com) – CA Bar. No. 243331
Nicholas C. Larson (nlarson@mpbf.com) – CA Bar No. 275870
MURPHY, PEARSON, BRADLEY & FEENEY, P.C.
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:    (415) 788-1900
Fax:   (415) 393-8087

Geoffrey Potter (gpotter@pbwt.com) (*pro hac vice*)
Christos Yatrakis (cyatrakis@pbwt.com) (*pro hac vice*)
Jonah M. Knobler (jknobler@pbwt.com) (*pro hac vice*)
Adam Blumenkrantz (ablumenkrantz@pbwt.com) (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
113 Avenue of the Americas
New York, NY 10036
Tel:    (212) 336-2000
Fax:   (212) 336-2222

Attorneys for Plaintiffs
INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and
INTERNATIONAL IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC, <br><br>     Plaintiffs, <br><br> v. <br><br> PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, ET AL., <br><br>     Defendants. <br><br> AND RELATED CROSS-CLAIMS. | Case No.: C-12-5523-WHA-ELP <br><br> **STIPULATION UNDER LOCAL RULE 6-2 TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION FOR CHANGE OF VENUE PURSUANT TO 18 U.S.C. §1404** |

1        In accordance with Civil Local Rule 6-2, Plaintiffs Innovation Ventures, LLC, Living

2    Essentials, LLC, and International IP Holdings, LLC (collectively, "Living Essentials"); Defendants

3    Dan-Dee Company, Inc., Kevin Attiq, and Fadi Attiq (collectively, the "Dan-Dee Defendants"); third-

4    party defendants Mario Ramirez, Camilo Ramirez, MCR Innovations and Packaging, Inc., MCR

5    Printing & Packaging Corp., and Naftaunited.com (collectively, the "MCR Parties"); third-party

6    defendants Jose Navarro and One Stop Label Corporation (collectively, "the One Stop Label Parties");

7    third-party defendants Tradeway Int'l, Inc. d/b/a Baja Exporting, Joseph Shayota, and Adriana Shayota

8    (collectively, the "Baja Parties"); and third-party defendants Walid Jamil, Raid Jamil, Justin Shayota,

9    Midwest Wholesale Distributors, Inc., J.T. Wholesale, Inc., and Trimexico, Inc. (collectively, the

10   "Midwest Parties") hereby present this stipulation to the Court to Shorten Time to Hear Living

11   Essentials' unopposed Notice of Motion and Motion for Change of Venue Pursuant to 28 U.S.C.

12   §1404.

13        WHEREAS, on this day, Living Essentials filed a Notice of Motion and Motion for Change of

14   Venue Pursuant to 28 U.S.C. §1404 ("Motion");

15        WHEREAS Civil Local Rule 7-2(a) requires the motion to be noticed for hearing not less than

16   35 days after service of the motion;

17        ACCORDINGLY, the above-named parties, pursuant to Civil Local Rule 6-2, hereby

18   STIPULATE to shortening the time under Civil Local Rule 7-2(a) for the hearing on Living Essentials'

19   Motion on the following grounds:

20        1.    Living Essentials' Motion requests that this action be transferred to the Eastern District

21   of New York for consolidation with the first-filed, larger companion lawsuit, captioned *Innovation*

22   *Ventures et al. v. Ultimate One Distributing Corp. et al.*, 12-cv-5354 (KAM) (RLM).

23        2.    Living Essentials could not have moved for this relief earlier than today.  Until this past

24   weekend, this case involved claims asserted by and against certain parties who were not involved in

25   the New York action, who were not subject to jurisdiction in New York, and who would not consent to

26   transfer: Elite Wholesale, Inc., Tonic Wholesale Inc. d/b/a Ace Wholesale, Dapan USA Corp. d/b/a

27   Frontier Wholesale, and Sung Keun Lee (collectively, the "Elite Parties").  However, over the past few

28   days, all claims in this lawsuit involving the Elite Parties were settled (pending the Court's so-ordering

- 1 -

of the settlements).  Now, all remaining parties in this case are *also* parties to the parallel New York action, rendering transfer and consolidation a realistic option for the first time.

3.     The standard 35-day notice period for the Motion pursuant to Local Rule 7-1 would require Living Essentials' Motion to be noticed for hearing on December 19, 2013, less than one month before the January 13, 2014 trial date in the present action.

4.     The standard 35-day notice period is unnecessary in this instance because all parties to this matter—including the Dan-Dee Defendants (who are the only remaining direct defendants) and all actively litigating third-party defendants—consent to the relief requested.

5.     Shortening the time to hear the Living Essentials' Motion alone will have no effect on other deadlines in this case.

6.     Justice and efficiency would be best served by having Living Essentials' Motion noticed and heard on an expedited schedule, in light of the upcoming trial date set for January 13, 2014, and the extensive pretrial preparations the parties will be required to make over the coming weeks.  Those preparations have now become duplicative of the preparations the parties will be required to make in the New York action, and expedited consideration of this motion would allow the parties to avoid incurring those considerable expenses unnecessarily.

7.     Fact discovery in this action closed on October 31, 2013, and expert discovery is now underway.  Trial is scheduled for January 13, 2014.  Meanwhile, fact discovery in the New York action is scheduled to conclude on January 17, 2014, and expert discovery in that action is scheduled to conclude on May 23, 2014, with trial to follow.

8.     As Living Essentials and the Dan-Dee Defendants were already set to appear before the Court on November 14, 2013 at 8:00 am on Defendant Dan-Dee's Motion to Authorize Salaries, the parties have proposed having Living Essentials' Notice of Motion and Motion for Change of Venue Pursuant to 28 U.S.C. §1404 heard at that date and time.  Yesterday, Dan-Dee withdrew its Motion to Authorize Salaries; the parties respectfully request that the instant Motion be heard on November 14 in its stead, assuming the Court remains available.

**IT IS SO STIPULATED.**

STIPULATION UNDER LOCAL RULE 6-2 TO SHORTEN TIME
FOR HEARING ON PLAINTIFFS' MOTION FOR CHANGE OF VENUE                    Case No.: C-12-5523-WHA

1  Dated: November 12, 2013              Respectfully submitted,

2                                        MURPHY, PEARSON, BRADLEY & FEENEY

3

4                                        By:   /s/ *Thomas P. Mazzucco*
                                               Thomas P. Mazzucco
5                                              Aaron K. McClellan
                                               Bryan L. Saalfeld
6                                              88 Kearny Street
                                               10th Floor
7                                              San Francisco, CA 94108
                                               (415) 788-1900

8                                              Of counsel:

9                                              PATTERSON BELKNAP WEBB & TYLER LLP
                                               Geoffrey Potter
10                                             Christos Yatrakis
                                               Jonah M. Knobler
11                                             Adam Blumenkrantz

12                                             1133 Avenue of the Americas
                                               New York, New York 10036
13                                             (212) 336-2000

14                                             Attorneys for Plaintiffs
15                                             INNOVATION VENTURES LLC, LIVING
                                               ESSENTIALS LLC, and INTERNATIONAL IP
16                                             HOLDINGS, LLC

17

18  DATED: November 12, 2013

19
                                        LAW OFFICES OF WILLIAM MARKHAM, P.C.
20

21                                      By:    /s/     William Markham
                                               William Markham, Esq.
22                                             Attorneys for Defendant Dan-Dee Company, Inc.

23
    DATED: November 12, 2013
24
                                        GORDON & REES LLP
25
                                        By:   /s/ Aaron P. Rudin
26                                             AARON P. RUDIN
                                               Attorneys for Third-Party Defendants, Cross-
                                               Defendants and Cross-Claimants, MARIO
27                                             RAMIREZ, CAMILO RAMIREZ, MCR
                                               INNOVATIONS AND PACKAGING, INC.,
28                                             MCR PRINTING & PACKAGING CORP., and

                                        - 3 -

NAFTAUNITED.COM

DATED: November 12, 2013 THE LAW OFFICES OF STANTON LEE PHILLIPS

By:_____/s/ Stanton Lee Phillips_____
STANTON LEE PHILLIPS
Attorneys for Third-Party Defendants JOSE
NAVARRO and ONE STOP LABEL
CORPORATION

DATED: November 12, 2013 SELTZER CAPLAN McMAHON VITEK,
a law corporation

By:_____/s/ David Greeley_____
DAVID M. GREELEY
Attorneys for Third-Party Defendants, Cross-
Claimants and Cross-Defendants
TRADEWAY INT'L, INC (D/B/A BAJA
EXPORTING) JOPSEH SHAYOTA, and
ADRIANA SHAYOTA

DATED: November 12, 2013 PAESANO AKKASHIAN, P.C.

By:_____/s/ Richard Apkarian_____
RICHARD M. APKARIAN
Attorneys for Third-Party Defendants, Cross-
Claimants and Cross-Defendants WALID JAMIL,
RAID JAMIL, JUSTIN SHAYOTA, MIDWEST
WHOLESALE DISTRIBUTORS, INC., JT
WHOLESALE, INC., and TRIMEXICO, INC.

Pursuant to the above Stipulation, IT IS SO ORDERED. Plaintiffs' Motion for Change of Venue Pursuant to 28 U.S.C. §1404 shall be heard on shortened time on November 14, 2013, at 8:00 a.m, or the earliest available date with the Court.

Entered:    November 13, 2013.
_____

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT COURT

BLS.20685011.doc

- 4 -