IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, et al.,

    Plaintiffs,

v.

PITTSBURG WHOLESALE GROCERS, INC., et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER TERMINATING MOTION (DKT. NO. 450)**

Pursuant to defendant Dan-Dee's notice of withdrawal, the motion to disburse salaries (Dkt. No. 450) is **TERMINATED**.

**IT IS SO ORDERED.**

Dated: November 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE