Joshua M. Ko, Esq. (S.B. #235331) – jko@kolawoffice.com
LAW OFFICES OF JOSHUA M. KO
1855 W. Katella Ave., Suite 365
Orange, CA 92867
Telephone: (714) 771-2281
Facsimile: (714) 771-2689

Randolph Gaw (S.B. #223718) – rgaw@thegawgroup.com
THE GAW GROUP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 745-3308
Facsimile: (415) 737-0642

Attorneys for Defendants and Cross-Claimants Elite Wholesale, Inc., Tonic Wholesale, Inc. d/b/a Ace Wholesale, Dapan USA Corp. d/b/a Frontier Wholesale and Sung Keun Lee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PITTSBURG WHOLESALE GROCERS d/b/a PITCO FOODS, et al., <br><br> Defendants. | Case No. 3:12-CV-05523-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ELITE DEFENDANTS' CROSS-CLAIMS** |
| AND RELATED CROSS-ACTIONS | |

1   WHEREAS, Defendants and Cross-Claimants Elite Wholesale, Inc., Tonic Wholesale, Inc., Dapan USA Corp. and Sung Keun Lee (collectively, the "Elite Defendants") have alleged cross-claims against Defendants and Cross-Defendants Dan-Dee Company, Inc., Fadi Attiq and Kevin Attiq (collectively, the "Dan-Dee Defendants"); and

WHEREAS, the Elite Defendants and the Dan-Dee Defendants have entered into a settlement regarding these cross-claims; and

WHEREAS, dismissal of the Elite Defendants' cross-claims is contingent upon payments by the Dan-Dee Defendants to the Elite Defendants; and

WHEREAS, the Dan-Dee Defendants have a pending motion to approve a settlement agreement with the Elite Defendants (Docket No. 521);

//
//
//

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that if the Court grants the Dan-Dee Defendants' motion to approve the settlement agreement with the Elite Defendants, then all of the Elite Defendants' cross-claims are immediately dismissed with prejudice with each party bearing their own costs.

Dated: November 13, 2013          THE GAW GROUP

                                  By:  /s/ Randolph Gaw
                                       Randolph Gaw
                                       Attorneys for Defendants and Cross-Claimants Elite Wholesale Inc., Tonic Wholesale, Inc., Dapan USA Corp. and Sung Keun Lee

Dated: November 13, 2013          LAW OFFICES OF WILLIAM MARKHAM, P.C.

                                  By:  /s/ William Markham
                                       William Markham

                                       Attorneys for Defendant and Cross-Defendant Dan-Dee Company, Inc.

Dated: November 13, 2013          LAW OFFICES OF STEVEN A. ELIA, P.C.

                                  By:  /s/ Steven A. Elia
                                       Steven A. Elia

                                       Attorneys for Defendants and Cross-Defendants Fadi Attiq and Kevin Attiq

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 14, 2013.
                                       Hon. William␣. Alsup
                                       United States District Court Judge