William A. Markham, State Bar No. 132970
Dorn Graham Bishop, State Bar No. 147994
Rashida Khan, California State Bar No. 196420
Jason Eliaser, State Bar No. 248394
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:    (619) 224-3974
E-mail: wm@markhamlawfirm.com

Attorneys for Defendant Dan-Dee Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC *et al.*,<br><br>　　　　Plaintiffs,<br><br>　Vs.<br><br>PITTSBURGH WHOLESALE GROCERS, INC. d/b/a PITCO FOODS, *et al.*,<br><br>　　　　Defendants.<br><br>RELATED CROSS-ACTIONS | Case No.　　12-cv-5523-WHA<br><br>[~~PROPOSED~~] ORDER APPROVING OF SETTLEMENT AGREEMENT BETWEEN DAN-DEE COMPANY, INC. AND THE ELITE WHOLESALE PARTIES<br><br>Date:　　December 19 , 2013<br>Time:　　8:00 a.m.<br>Place:　　Courtroom 8, 19th Floor<br><br>The Hon. William H. Alsup<br><br>Complaint Filed:　October 26, 2012<br>Trial Date:　　　　January 13, 2014 |

WHEREAS, Defendant Dan-Dee Company, Inc. ("Dan-Dee") filed a motion to request this Court's prior approval of a settlement agreement made between it and the "Elite Wholesale Parties," who are Defendants/Cross-Claimants Elite Wholesale, Inc.; Tonic Wholesale, Inc.; Dapan USA Corp.; and Sung Keun Lee.; and

WHEREAS, this Court has examined this settlement agreement (the "Settlement Agreement") and considered the matters presented to it in connection with the present motion; and

WHEREAS, the Court finds good cause for its present ruling.

WHEREFORE, the Court now makes the following ORDER:

Dan-Dee is authorized to provide to the Elite Wholesale Defendants the valuable consideration set forth in the Settlement Agreement; provided that it includes the specifics of this valuable consideration in its monthly accountings that it must provide in accordance with this Court's Order of July 12, 2013.

Paragraph 9 of the settlement agreement is STRICKEN per Dkt. No. 524.

**IT IS SO ORDERED**.

DATED: November 19, 2013

The Honorable William Alsup
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge William Alsup